In the Matter of the Claim of Frank Harris,

Appellant, v. The Estate of Carrie W. Harris, Respondent.— Judgment affirmed, with costs. Opinion by Dykman, J.